ABRAHAM WYNEHOUSE v. HAGOP K. KEVORKIAN and Another.— Application granted. Order signed. Present — Clarke, P. J., Dowling, McAvoy, Martin and Burr, JJ.

IRWIN M. BERNER v. THEODORE MILLER.— Application denied, with ten dollars costs. Order signed. Present — Clarke, P. J., Dowling, McAvoy, Martin and Burr, JJ.

LILLIAN G. KEYS v. JAMES M. LEOPOLD and Others.— Motion for leave to appeal granted; motion for reargument denied. Present — Clarke, P. J., Dowling, McAvoy, Martin and Burr, JJ.

CROWN CORSET COMPANY v. C. LUDWIG BAUMANN & COMPANY, BROOKLYN.— Motion granted. Present — Clarke, P. J., Dowling, McAvoy, Martin and Burr, JJ.

DAVID LILIENBLUM v. W. WISSOTZKY & COMPANY, a Foreign Corporation.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, McAvoy, Martin and Burr, JJ.

GEORGE H. NEWHALL and Others v. LONGACRE BANK.— Motion for reargument or leave to appeal denied, with ten dollars costs; defendant's time to answer extended for five days after service of order. Present — Clarke, P. J., Dowling, McAvoy, Martin and Burr, JJ.

MORRIS EDELMAN v. ABRAHAM CHOPAK.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, McAvoy, Martin and Burr, JJ.

BANCO NACIONAL DO COMMERCIO v. GUARANTY TRUST COMPANY OF NEW YORK.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, McAvoy, Martin and Burr, JJ.

THERON B. HERMES v. JOHN SANFORD, Impleaded, etc.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, McAvoy, Martin and Burr, JJ.

16 EAST 40TH ST., INC., v. CONTINENTAL PAPER AND BAG MILLS CORPORATION. — Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, McAvoy, Martin and Burr, JJ.

EDWIN F. BOWERS v. R. LINCOLN GRAHAM and Others.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, McAvoy, Martin and Burr, JJ.

YETTA SPUNGIN, as Administratrix, etc., v. MAX GERSTLE and Others.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, McAvoy, Martin and Burr, JJ.

CHARLOTTE DEVLIN v. NEW YORK MUTUAL CASUALTY TAXICAB INSURANCE ASSOCIATION.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, McAvoy, Martin and Burr, JJ.